# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IVA RENE MCGUIRE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 6:23-cv-173-RBD-RMN

## REPORT AND RECOMMENDATION

    This cause comes before the Court without oral argument on the Commissioner's Unopposed Motion to Remand to Social Security Administration (Dkt. 24), filed July 13, 2023. The Commissioner seeks a remand for the agency to further consider medical opinion evidence, take additional action needed to complete the record, and issue a new decision. *Id*. at 1. The Motion is unopposed. *Id*.

    Based on the foregoing, it is respectfully **RECOMMENDED**:

    1.    The Commissioner's Unopposed Motion to Remand (Dkt. 24) be **GRANTED**;

    2.    The final decision of the Commissioner of Social Security denying Social Security Disability benefits and Supplemental Security Income

Payments to Plaintiff be **REVERSED** under sentence four of 42 U.S.C. § 405(g);

3. The case be **REMANDED** to permit the Commissioner to issue a new decision; and

3. The Clerk be **DIRECTED** to enter a judgment accordingly and thereafter close the file.

### NOTICE TO PARTIES

"Within 14 days after being served with a copy of [a report and recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id*. A party's failure to serve and file specific objections to the proposed findings and recommendations alters review by the district judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

**DONE** and **ORDERED** in Orlando, Florida on July 13, 2023.

Copies furnished to:

Hon. Roy B. Dalton

Counsel of Record