**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IVA RENE MCGUIRE,

      Plaintiff,

v.                                   Case No. 6:23-cv-173-RBD-RMN

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## ORDER

In this Social Security appeal, the Commissioner filed an unopposed motion to remand for the agency to issue a new decision in light of additional evidence. (Doc. 24 ("Motion").) On referral, U.S. Magistrate Judge Robert M. Norway recommends granting the Motion, reversing the Commissioner's decision, and remanding the case. (Doc. 25 ("R&R").) Neither party objected so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.      The R&R (Doc. 25) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.      The Motion (Doc. 24) is **GRANTED**.

3.    The final decision of the Commissioner of Social Security denying

Social Security Disability benefits and Supplemental Security Income

Payments to Plaintiff is **REVERSED** under sentence four of 42 U.S.C.

§ 405(g).

4.    The case is **REMANDED** to permit the Commissioner to issue a new

decision.

5.    The Clerk is **DIRECTED** to enter a judgment in favor of Plaintiff and

against the Commissioner and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 28, 2023.


ROY B. DALTON JR.
United States District Judge